UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-24028-
RAR

JESUS GONZALEZ

Plaintiff,

vs.

JOEL INVESTMENTS CORP.,

Defendant.
_____/

**MOTION FOR COURT APPROVAL, ADOPTION, AND ENTRY OF THE CONSENT DECREE**

COMES NOW, the parties jointly and file this Motion for approval, adoption and entry of the attached Consent Decree (Exhibit 1) and in support thereof, state as follows:

1. On October 23, 2023, Plaintiff filed a Complaint for Injunctive relief against Defendant alleging it violated the Americans with Disabilities Act of 1990.

2. Whereas, the parties, in an effort to resolve this matter and not expend further time, resources and energy, wish to resolve this dispute via the attached Consent Decree.

3. The parties are in agreement on all terms and request that the Court retain jurisdiction over their settlement via entry of the attached Consent Decree.

WHEREFORE, the parties, jointly, respectfully request that this Court enter the attached Consent Decree upon its filing.

Respectfully submitted,

/s/ Alberto R. Leal, Esq.
Alberto R. Leal, Esq., P.A.
Florida Bar No.: 1002345
8927 Hypoluxo Rd., #157
Lake Worth, FL 33467
Telephone: (954) 637-1868
albertolealesq@gmail.com
Counsel for Plaintiff

/s/ Glenn Goldstien , Esq.
Glenn Goldstien, Esquire

Florida Bar No.: 55873
GLENN R. GOLDSTEIN & ASSOCIATES, PLLC.
8101 Biscayne Blvd.
Suite 504
Miami, Florida 33138
ggoldstein@g2legal.net
Phone (561) 573-2106
Counsel for Defendant

Cc: Counsel of record via CM/ECF