**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CV-24028-RAR**

**JESUS GONZALEZ**,

      Plaintiff,

v.

**JOEL INVESTMENTS, CORP.**,

      Defendant.

_____/

**ORDER APPROVING CONSENT DECREE**
**AND DISMISSING CASE WITH PREJUDICE**

**THIS CAUSE** comes before the Court on the parties' Motion for Court Approval, Adoption, and Entry of the Consent Decree, [ECF No. 4] ("Motion"), filed on November 2, 2023. The Court having reviewed the Motion and Consent Decree, [ECF No. 4-1], and being otherwise fully advised, it is hereby

      **ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. The Consent Decree, [ECF No. 4-1], is **APPROVED** and **ENTERED**.

3. All deadlines are **TERMINATED**, and any pending motions are **DENIED as moot**.

4. This case is **DISMISSED** *with prejudice*.

5. The Clerk shall **CLOSE** this case.

6. The Court shall retain jurisdiction to enforce the Consent Decree, [ECF No. 4-1].

      **DONE AND ORDERED** in Miami, Florida, this 2nd day of November, 2023.

                                    _____

                                      **RODOLFO A. RUIZ II**
                                      **UNITED STATES DISTRICT JUDGE**